In the Matter of the Application of George B. Loud, Appellant, for a Writ of Mandamus against Samuel H. Ordway and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Ellison Jones, Respondent, v. Elizabeth S. Emery, Appellant.— Order modified by directing that the order for examination be modified so as to allow plaintiff to examine defendant only as to whether she signed the information upon which the arrest was made, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Julius Albert, Respondent, v. Eugene A. Hieber and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

The People of the State of New York v. Charles Lung.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles B. Ruebenack v. Isaac B. Levy.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Gustave F. Delair v. Anna Hammerstein, as Sole Executrix, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Oceanic Investing Company v. Rudolph A. Rodel, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Stern Brothers v. Henrietta Michaels, etc., Impleaded, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Gustave Von Polhein, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Knapp & French, Inc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Mary Kiwin v. Abraham Gabriel Maloof, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Richard J. Donnovan v. Empire Towel Supply and Steam Laundry Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Samuel H. Kleinfield and Others v. Frank C. Wittenauer and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Frederick Townsend Martin, Deceased.— Motion granted, question certified. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.